1058

THE STATE OF WASHINGTON, *Respondent*, V. JACK B. SHERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00523-2, Richard J. Thorpe, J., entered September 29, 1998. *Affirmed* by unpublished per curiam opinion.

SHERRI MOSTROM, *as Guardian, Appellant*, V. JEFFREY ALLEN WHITAKER, ET AL., *Defendants*, THE DEPARTMENT OF TRANSPORTATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-15501-1, Jay V. White, J., entered October 2, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Ellington, J.

*In the Matter of the* KRONENBERG FAMILY TRUST.

DONALD B. KRONENBERG, *Appellant*, V. VERA KRONENBERG, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-4-03560-6, Donald D. Haley, J., entered December 9, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Kennedy, C.J., and Baker, J.

TAI TRUONG, *Appellant*, V. IAN EISENHOOD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-24585-1, Jim Bates, J., entered December 21, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.